IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MCKESSON SPECIALTY CARE DISTRIBUTION CORP., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Court No. 15 CV 1361 ) ) Judge Amy J. St. Eve |
| NORTH SUBURBAN RHEUMATOLOGISTS, LTD. And CHERIE EMLING, as Special Administrator of the Estate of IRA L. MELNICOFF, D.O., | ) ) Mag. Mary M. Rowland ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR JUDGMENT

NOW COMES the Plaintiff, McKESSON SPECIALTY CARE DISTRIBUTION CORP. (hereinafter "McKesson"), by its attorneys, CHILTON YAMBERT PORTER LLP, and hereby moves this court to enter judgement on the pleadings against NORTH SUBURBAN RHEUMATOLOGISTS, LTD., and in support thereof, states as follows:

1. This Motion is unopposed.

2. Plaintiff's Complaint makes a prima facie case that it is entitled to judgment in the amount of $185,817.04 plus interest, attorneys' fees, and costs pursuant to a series of invoices and contracts between Plaintiff and Corporate Defendant, NORTH SUBURBAN RHEUMATOLOGISTS, LTD.

3. NORTH SUBURBAN RHEUMATOLOGISTS, LTD. has not denied the material allegations in the complaint.

4. Pre-judgment interest through November 5, 2015 totals $45,977.65.

5. Attorneys' fees expended in this litigation to date are $5,700.00.

6. Costs associated with this matter to date are $570.00.

7. A draft copy of the proposed judgment has been sent to counsel for NORTH SUBURBAN RHEUMATOLOGISTS, LTD. who does not object to its entry. A copy is attached hereto as Exhibit A.

WHEREFORE, the Plaintiff, McKESSON SPECIALTY CARE DISTRIBUTION CORP. requests that this Honorable Court enter the proposed judgment order against NORTH SUBURBAN RHEUMATOLOGISTS, LTD. and for any other relief this Court deems just and appropriate.

Respectfully submitted,

s/Sharon M. Peart_____
CHILTON YAMBERT PORTER LLP
303 West Madison Street, Suite 2300
Chicago, IL 60606
(312) 460-8000
Attorney No. 6203631

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MCKESSON SPECIALTY CARE DISTRIBUTION CORP., ) ) ) Plaintiff, ) ) vs. ) ) NORTH SUBURBAN RHEUMATOLOGISTS, ) LTD. And CHERIE EMLING, as Special ) Administrator of the Estate of IRA L. ) MELNICOFF, D.O., ) ) Defendants. ) | Court No. 15 CV 1361  Judge Amy J. St. Eve  Mag. Mary M. Rowland |

## UNOPPOSED JUDGMENT ORDER

This matter coming before this Court for entry of an unopposed Motion for Entry of Judgment against Defendant, North Suburban Rheumatologists, Ltd. pursuant to F.R. Civ. P. 54;

IT IS HEREBY ORDERED:

Judgment is entered against North Suburban Rheumatologists, Ltd. In favor of McKesson Specialty Care Distribution Corp., in the amount of $240,433.69, as itemized below:

a. Principal to date in the amount of $185,817.04;
b. Interest in the amount of $45,977.65 (18%) accrued though 11/5/15;
c. Attorneys' fees in the amount of $5,700.00; and
d. Costs in the amount of $570.00.

said judgment to accrue post-judgment interest at the statutory rate of 0.27 % per annum.

ENTERED:

Amy J. St. Eve

Date:

Exhibit A